## Mullen v. Brown.

1. *Practice—Failure to File Briefs.*—A judgment will be reversed for a failure, on the part of appellee, to file briefs as required by the rules of court.

Memorandum.—Appeal from a judgment rendered by the Circuit Court of Menard County; the Hon. CYRUS EPLER, Circuit Judge, presiding. Heard in this court at the November term, A. D. 1892. Opinion filed January 3, 1893.

The opinion of the court states the case.

BLANE & BLANE, attorneys for appellant.

OPINION BY THE COURT.

The appellee has failed to file briefs as required by the rules of this court, and for that reason the judgment will be reversed, and the cause remanded.